# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| JORGE C.M., | Case No. 26-CV-2138 (NEB/DTS) |
| Petitioner, | |
| v. | ORDER ON PETITION |
| | FOR WRIT OF HABEAS CORPUS |
| DAVID EASTERWOOD, Director of St. Paul Field Office for U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations; MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security; MIKE STASKO, Administrator of the Freeborn County Jail; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; and TODD BLANCHE, Acting Attorney General of the United States, | |
| Respondents. | |

This matter is before the Court on Petitioner Jorge C.M.'s Petition for a Writ of Habeas Corpus. (ECF No. 1 ("Pet.").) Jorge C.M. is a citizen of Mexico who has lived in the United States since 2015. (*Id.* ¶ 19.) He first entered the United States in the fall of 2015 but was detained by border patrol which issued an order of expedited removal and removed him to Mexico. (*Id.* ¶ 21; ECF No. 8 ("Patrin Decl.") ¶ 7; ECF No. 7 at 2[1] n.1.) Shortly after, he re-entered the United States, and this time he did not encounter border patrol. (Pet. ¶ 21.)

---

[1] All page citations to the record reference ECF pagination.

Jorge C.M. has two petty misdemeanors and was recently charged with drinking while intoxicated. (*Id.* ¶ 20.) On March 31, 2026, Jorge C.M. paid his bond and, as he left the jail, Immigration and Customs Enforcement ("ICE") took him into custody. (*Id.* ¶¶ 22–23.) Afterwards, Jorge C.M. filed this habeas action challenging his detention under 28 U.S.C. § 2241.

The parties agree that Jorge C.M. is detained under 8 U.S.C. Section 1231 because he is subject to a final removal order. (ECF No. 7 at 5; ECF No. 9 at 2.) Under Section 1231, when a noncitizen is ordered removed, the government "shall remove" the noncitizen within ninety days and "shall detain" the noncitizen during that removal period. 8 U.S.C. §§ 1231(a)(1)(A), (a)(2)(A).

On the day of his arrest, ICE served Jorge C.M. with a Notice of Intent/Decision to Reinstate Prior Order (Form I-871) which reinstated his prior order of removal. (Patrin Decl. ¶ 12; ECF No. 8-1 at 4); 8 C.F.R. § 241.8(a). Jorge C.M. does not contest Respondents' assertion that the relevant removal date, for determining his removal period under Section 1231, is March 31, 2026, the day the government reinstated his prior removal order.

Jorge C.M. argues that he was not issued a proper warrant, so he should be released. (Pet. ¶ 23; ECF No. 9.) In their response, Respondents attached a declaration from an ICE Deportation Officer which included a warrant (Form I-200) for Jorge C.M.'s arrest. (ECF No. 8-1 at 12.) Jorge C.M. concedes that the warrant was issued on March 29, 2026, two days before his arrest, and that it was served on Jorge C.M. on the day of his arrest. (*Id.*; ECF No. 9 at 3.) But he takes issue with the warrant because it redacts important information like the name and title of the designated officials who issued and served the warrant. (ECF No. 8-1 at 12; ECF No. 9 at 3–4.) The Court agreed and ordered

Respondents to file an unredacted copy of the Form I-200 and advise on whether the warrant complied with 8 C.F.R. Section 287.5. (ECF No. 10.)

Respondents have since filed an unredacted Form I-200 which confirms that the warrant was issued and served in compliance with federal regulations. A Supervisory Detention and Deportation Officer issued the warrant as authorized by 8 C.F.R. Section 287.5(e)(2)(xxxii). (ECF No. 11.) And a Deportation Officer served the warrant as permitted by 8 C.F.R. Section 287.5(e)(3)(iv). (ECF No. 11.) Because Jorge C.M.'s sole basis for his petition is that his arrest was warrantless (ECF Nos. 1, 9), the Court denies his petition.

## CONCLUSION

Based on the foregoing and on all the files, records, and proceedings herein, Jorge C.M.'s Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 21, 2026                          BY THE COURT:

                                             s/Nancy E. Brasel
                                             Nancy E. Brasel
                                             United States District Judge

3